THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* PHILIP S. SAVAGE, Respondent.

Argued December 1, 1955; decided December 28, 1955.

*William B. Lawless, Jr.,* Corporation Counsel (*Aaron Weinstein* of counsel), for appellant.

*Dana B. Hellings* and *Ralph Ulsh* for respondent.

Order affirmed; no opinion.

Concur: CONWAY, Ch. J., FULD, FROESSEL, VAN VOORHIS, BURKE and COHN,* JJ.

_____

* Designated pursuant to section 5 of article VI of the State Constitution in the temporary absence of DESMOND and DYE, JJ.